UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AMBER SUMMER MARIE MEADOWS,  )    CASE NO. EDCV 16-2367 AGR
                             )
          Plaintiff,         )
                             )    JUDGMENT
     vs.                     )
                             )
NANCY A. BERRYHILL, Commissioner )
of Social Security,          )
                             )
               Defendant.    )
_____ )

     IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that

this action is remanded to the Commissioner for further proceedings consistent with

the Memorandum Opinion and Order.

DATED: June 9, 2017
                              _____
                                   ALICIA G. ROSENBERG
                                United States Magistrate Judge